CLARIBEL F. STAEHR, Respondent, v. WALTER C. STAEHR, Appellant.— Order of the Appellate Term affirming an order and judgment of the Municipal Court affirmed, with costs. No opinion. Kapper, Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., dissents on the ground that plaintiff, by submitting to the court the matter of her right to alimony during the time that she remained unmarried, as appears by the judgment, waived her rights under the contract.

RUTH STEVENS, Respondent, v. ROY HULSE, Appellant.*— Judgment of the County Court of Orange county reversed on the law and the facts, with costs, and complaint dismissed, with costs, upon the ground that plaintiff voluntarily placed herself in a position of danger. Appeal from order denying motion for a new trial dismissed. Kapper, Hagarty and Scudder, JJ., concur; Young and Tompkins, JJ., dissent and vote to affirm.

VILLAGE OF FREEPORT, Respondent, v. NATIONAL SURETY COMPANY and Others, Appellants, Impleaded with SPENCER, WHITE & PRENTIS, INC., and NEWARK CONCRETE PIPE COMPANY, Respondents.†— Judgment and order unanimously affirmed, with costs against all three appellants and in favor of each of the three respondents. No opinion. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

RICHARD VOM LEHN, JR., Respondent, v. GEORGE W. EGBERT, JR., Also Known as GEORGE W. EGBERT, and Others, Defendants, Impleaded with ALBERT MOYER and Others, Appellants.— Order granting summary judgment affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Scudder, J., not voting.

ARTHUR J. WALDRON, Appellant, v. CELIA BRAUNSTONE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

SELMER WALVIK, Respondent, v. ARUNDEL CORPORATION OF BALTIMORE, Appellant.‡— Judgment reversed on the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order herein respondent stipulate to reduce the amount of the verdict to $18,000; in which event the judgment as thus modified is affirmed, without costs. Lazansky, P. J., Kapper, Carswell and Tompkins, JJ., concur; Scudder, J., not voting.